# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT OFFENBACK**, | CIVIL ACTION NO. 1:10-CV-1789 |
| **Plaintiff** | (Judge Conner) |
| v. | |
| **D.M. BOWMAN, INC.,** and **ZACHARY S. REEDER**, | |
| **Defendants** | |

## **ORDER**

AND NOW, this 30th day of August, 2010, upon consideration of the joint stipulation of the parties (Doc. 7), wherein the parties agreed that the deadline for defendants to file an answer to the complaint shall be September 15, 2010, it is hereby ORDERED that the joint stipulation (Doc. 7) is CONSTRUED as a motion for enlargement of time to file a motion, answer, or otherwise plead to the complaint, and is GRANTED as so construed. Defendants shall have until September 15, 2010 to file a motion, answer, or otherwise plead to the complaint.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge